**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00292-CV**
_____

**DAMARIS PEREZ AND JUSTIN SPEARS A/N/F OF C.S., A MINOR,
Appellants**

**V.**

**CITY OF GROVES, TEXAS, Appellee**

**On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. 25DCCV0974**

**MEMORANDUM OPINION**

Damaris Perez and Justin Spears a/n/f of C.S., a minor, Appellants, filed a notice that they no longer seek to prosecute this appeal. Appellants filed the notice before the appellate court issued a decision in the appeal. *See* Tex. R. App. P. 42.1(a)(1). We dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 20, 2025
Opinion Delivered August 21, 2025

Before Johnson, Wright and Chambers, JJ.